IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FREDERICK PENNINGTON, JR.**                              **PLAINTIFF**
**ADC #071305**

v.                    **CASE NO. 2:18-CV-00046 BSM**

**PATRICK DRUMMOND, et al.**                               **DEFENDANTS**

## ORDER

The proposed findings and recommendation [Doc. No. 14] submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Frederick Pennington's objections [Doc. No. 15] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, Pennington's motions to proceed *in forma pauperis* [Doc. No. 1] and for a preliminary injunction and temporary restraining order [Doc. No. 8] are denied, and the case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of April 2018.

                                                _____
                                                UNITED STATES DISTRICT JUDGE